1  ADAM PAUL LAXALT
     Attorney General
2  IAN CARR, Bar No. 13840
     Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel: (775) 684-1259
6  E-mail: icarr@ag.nv.gov

7  *Attorneys for Defendants*
   *Romeo Aranas and Michael Koehn*

8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11 | DAVID BRESSELSMITH,          | Case No. 3:17-cv-00312-MMD-VPC |
12 |         Plaintiff,           | **STIPULATION AND ORDER FOR**  |
                                  | **DISMISSAL WITH PREJUDICE**   |
13 | vs.                          |                                |
14 | ARANAS, et al.,              |                                |
15 |         Defendants.          |                                |

16       Plaintiff, David Bresselsmith, appearing *pro se*, and Defendants, Dr. Romeo Aranas and Dr.

17 Michael Koehn (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State

18 of Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV.

19 P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 29 day of March, 2018.

DATED this 3RD day of March, 2018. APRIL

ADAM PAUL LAXALT
Attorney General

By: _____
DAVID BRESSELSMITH #89079
*Plaintiff, Pro Se*

By: _____
IAN CARR
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** April 3, 2018

2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that |
| 3 | on this 3rd day of April, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the |
| 4 | foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to the following: |

David Bresselsmith, #89079
Ely State Prison
P.O. Box 1989
Ely, NV 89301

*/s/ Laurie Penny*
An employee of the
Office of the Attorney General